# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1529. JACQUELINE WILBOURN v. GALADRIEL ENTERPRISES, INC.

After the magistrate court entered a $7,888.64 judgment in favor of plaintiff Galadriel Enterprises, Inc., d/b/a Paul Davis Restoration of Northwest Georgia, Inc. ("Galadriel"), defendant Jackie Wilbourn appealed to the superior court. The superior court also entered judgment in Galadriel's favor for $7,888.64 and Wilbourn filed a notice of appeal. This Court, however, lacks jurisdiction.

First, because the underlying issue involves the superior court's de novo review of a magistrate court ruling, Wilbourn was required to follow the discretionary appeal procedures to appeal. OCGA § 5-6-35(a)(1); *Greig v. Putnam County*, 237 Ga. App. 57, 57 (513 SE2d 294) (1999).

Second, appeals in actions for damages in which the judgment is $10,000 or less also must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Wilbourn's failure to comply with the requisite procedure deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *04/08/2026*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*